| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| John F. Kurtz, Jr., CA State Bar No. 82181<br>Hawley Troxell Ennis & Hawley<br>877 Main Street, Suite 1000<br>PO Box 1617<br>Boise, Idaho 83701-1617<br>Telephone: 208-344-6000<br>Facsimile: 208-954-5232<br><br>*Attorney for* Plaintiff Palm Finance Corporation | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br>    CHRISTOPHER A. EBERTS<br><br><br>                                                                Debtor(s). | |
| PALM FINANCE CORPORATION, et al.<br>                                                                Plaintiff(s).<br><br>vs.<br><br>CHRISTOPHER A. EBERTS<br><br>                                                                Defendant(s). | CHAPTER: 7<br>CASE NO.: LA09-12534-ER<br><br>ADVERSARY NO.: AD09-01493-ER<br><br>DATE: 7/16/09<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 1568, Floor 15 |

## JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.    PLEADINGS/SERVICE:**

1. Have all parties been served?    ☒ Yes  ☐ No

2. Have all parties filed and served answers to the complaint/counter-complaints/etc.?    ☒ Yes  ☐ No

3. Have all motions addressed to the pleadings been resolved?    ☒ Yes  ☐ No

4. Have counsel met and conferred in compliance with Local Bankruptcy Rule 7026-1?    ☐ Yes  ☒ No

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," then please explain below *(or on attached page)*:
   Defendant is pro se. However, Plaintiff has conferred with Mark Horoupian, Esq., Defendant's attorney in the bankruptcy case, no. LA 09-12534-ER.

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    F 7016-1.1

Case 2:09-ap-01493-ER    Doc 6    Filed 07/13/09    Entered 07/13/09 09:24:13    Desc
Main Document    Page 2 of 5
Joint Status Report - Page 2

F 7016-1.1

| In re<br>CHRISTOPHER A. EBERTS<br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: LA09-12534-ER<br>ADVERSARY NO.: AD09-01493-ER |
|---|---|

**B.   READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   <u>Plaintiff</u>                                                              <u>Defendant</u>

   January 25, 2010                                             Same

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

   <u>Plaintiff</u>                                                              <u>Defendant</u>

3. When do you expect to complete <u>your</u> discovery efforts?

   <u>Plaintiff</u>                                                              <u>Defendant</u>

4. What additional discovery do you require to prepare for trial?

   <u>Plaintiff</u>                                                              <u>Defendant</u>

   Depositions, Interrogatories, Requests for Admission          Same
   and Requests for Production of Documents

**C.   TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (including rebuttal stage if applicable)?

   <u>Plaintiff</u>                                                              <u>Defendant</u>

   Two to three days                                            Same

2. How many witnesses do you intend to call at trial (including opposing parties)?

   <u>Plaintiff</u>                                                              <u>Defendant</u>

   Five                                                         Unknown

3. How many exhibits do you anticipate using at trial?

   <u>Plaintiff</u>                                                              <u>Defendant</u>

   50 to 75                                                     Unknown

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

F 7016-1.1

| In re<br>CHRISTOPHER A. EBERTS<br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: LA09-12534-ER<br>ADVERSARY NO.: AD09-01493-ER |
|---|---|

**D.    PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Plaintiff

Pre-trial conference X (is)/ ___ (is not) requested.
Reasons: _____

Defendant

Pre-trial conference X (is)/ ___ (is not) requested.
Reasons: _____

Plaintiff

Pre-trial conference should be set after:

(date) 12/17/09 _____

Defendant

Pre-trial conference should be set after:

(date) _____

**E.    SETTLEMENT:**

1.  What is the status of settlement efforts?

    None to date

2.  Has this dispute been formally mediated?     ☐ Yes    ☒ No
    If so, when?

3.  Do you want this matter sent to mediation at this time?

    Plaintiff
    ☐ Yes    ☒ No

    Defendant
    ☒ Yes    ☐ No

*(Continued on next page)*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1

Joint Status Report - *Page 4*                                                F 7016-1.1

| | |
|---|---|
| In re<br>CHRISTOPHER A. EBERTS | CHAPTER: 7<br>CASE NO. LA09-12534-ER |
| Debtor(s). | ADVERSARY NO.: AD09-01493-ER |

**F.    ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL**: *(Use additional page if necessary.)*

Respectfully submitted,

Dated: 07/08/09                                                    Dated: 07/08/09

Hawley Troxell Ennis & Hawley LLP
Firm Name                                                          Firm Name

By: *[signature]*                                                  By: *[signature]*

Name:  John F. Kurtz, Jr., CA State Bar No. 82181                  Name:  Christopher Eberts, in pro se

Attorney for:  Plaintiff Palm Finance Corporation                  Attorney for: _____

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                F 7016-1.1

Joint Status Report - *Page 5*

F 7016-1.1

| In re<br>CHRISTOPHER A. EBERTS | CHAPTER: 7 |
|---|---|
| | CASE NO.: LA09-12534-ER |
| Debtor(s). | ADVERSARY NO.: AD09-01493-ER |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

877 Main Street, Suite 1000, Boise, Idaho 83702

A true and correct copy of the foregoing document described as JOINT STATUS REPORT _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/13/09 _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Christopher Eberts, c/o Orum Road Entertainment
11496 Orum Road
Los Angeles, CA 90049

United States Trustee (LA)
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served)**:
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/13/09 | John F. Kurtz, Jr. | |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 7016-1.1